1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; UMG
7  RECORDINGS, INC.; and SONY BMG
   MUSIC ENTERTAINMENT
8

ORIGINAL FILED
SEP 20 PM 2:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

C 07  4839

12 | LAFACE RECORDS LLC, a Delaware limited | CASE NO.
13 | liability company; UMG RECORDINGS, INC., |
   | a Delaware corporation; and SONY BMG     | **CERTIFICATION OF INTERESTED**
14 | MUSIC ENTERTAINMENT, a Delaware          | **ENTITIES OR PERSONS**
   | general partnership,
15 |              Plaintiffs,
16 |     v.
17 |
18 | JOHN DOE #5,
   |              Defendant.
19

Certification of Interested Entities or Persons
Case No.
#32470 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC: SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.: Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

Dated: September 20, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
LAFACE RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT