| | |
|---|---|
| 1 | Matthew Franklin Jaksa (CA State Bar No. 248072) |
| | HOLME ROBERTS & OWEN LLP |
| 2 | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA 94105-2994 |
| | Telephone: (415) 268-2000 |
| 4 | Facsimile: (415) 268-1999 |
| 5 | Email: matt.jaksa@hro.com |
| 6 | Attorneys for Plaintiffs, |
| | LAFACE RECORDS LLC; UMG |
| 7 | RECORDINGS, INC.; and SONY BMG |
| | MUSIC ENTERTAINMENT |

RECEIVED
07 SEP 20 PM 2:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

    Plaintiffs,

v.

JOHN DOE #5,

    Defendant.

CASE NO. C 07 4839 EMC

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

Proposed Order
Case No.
#32474 v1

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on Santa Clara University to
4   obtain the identity of Defendant John Doe # 5 ("Defendant") by serving a Rule 45 subpoena that
5   seeks documents that identify Defendant, including the name, current (and permanent) address and
6   telephone number, e-mail address, and Media Access Control addresses for Defendant.  The
7   disclosure of this information is consistent with Santa Clara University's obligations under 20
8   U.S.C. 1232g.
9   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11  under the Copyright Act.

13  Dated:  11/20/07          By: _____

*[Stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]*