**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFACE RECORDS, et al., | No. C07-4839 EMC |
| Plaintiffs, | **CLERK'S NOTICE** |
| v. | |
| JOHN DOE #5, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for December 26, 2007 at 1:30 p.m. is reset for **January 23, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Statement shall be filed by January 16, 2008.

Dated: November 20, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy