1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:    matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; UMG
7  RECORDINGS, INC.; and SONY BMG
   MUSIC ENTERTAINMENT
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION
11
12  LAFACE RECORDS LLC, a Delaware limited       CASE NO. 3:07-CV-04839-EMC
13  liability company; UMG RECORDINGS, INC.,
    a Delaware corporation; and SONY BMG         **Honorable Edward M. Chen**
14  MUSIC ENTERTAINMENT, a Delaware
    general partnership,                          ***EX PARTE* APPLICATION TO CONTINUE**
15                                                **CASE MANAGEMENT CONFERENCE**
                         Plaintiffs,              **AND EXTEND TIME TO SERVE**
16                                                **DEFENDANT AND [PROPOSED] ORDER**
17         v.                                              (amended)
18
19  JOHN DOE #5,
                         Defendant.
20
21
22
23
24
25
26
27
28

Ex Parte Application to Continue CMC and Extend Time to Serve Defendant and [Proposed] Order
Case No. 3:07-cv-04839-EMC
#34836 v1

Plaintiffs respectfully request that the Court continue the case management conference currently set for January 23, 2008, at 1:30 p.m. to April 23, 2008. Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1)(A), that the Court grant an additional 90 days to serve Defendant with the Summons and Complaint. As further explained below, the parties have reached a provisional settlement in this case, and Plaintiffs have not yet received a response to the early discovery authorized by this Court to determine the true identity of the Doe defendant. In support of their request, Plaintiffs state as follows:

1. The initial case management conference is set for January 23, 2008, at 1:30 p.m. The Court, acting of its own accord, previously rescheduled the case management conference from the originally scheduled date of December 26, 2007. The current deadline for service of process is January 18, 2008.

2. Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe #5 ("Defendant") on September 20, 2007. Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned to Defendant by Defendant's Internet Service Provider ("ISP") – here, Santa Clara University.

3. In order to determine Defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on September 20, 2007, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

4. The Court entered an Order for Leave to take Immediate Discovery on November 20, 2007, which was promptly served upon the ISP along with a Rule 45 subpoena. Plaintiffs thereafter granted the ISP an extension of time to respond to Plaintiffs' subpoena. To date the ISP has not supplied the subpoenaed information, but Plaintiffs expect a response from the ISP on February 8, 2008.

5. However, after being notified by the ISP of Plaintiffs' subpoena, Defendant contacted Plaintiffs, and the parties have reached a provisional settlement. The parties are now in the process of finalizing the settlement.

6. Given the circumstances of this case, a case management conference is unnecessary at this time, and Plaintiffs respectfully request that the case management conference be continued to April 23, 2008. Plaintiffs also request an additional 90 days to effectuate service so that, in the event the settlement fails, Plaintiffs will have time to receive discovery from the ISP, file an amended complaint naming Defendant individually, and serve Defendant with the summons and complaint.

7. Plaintiffs submit that filing their *Ex Parte* Application for Leave to Take Immediate Discovery demonstrates "good cause" under Rule 4 for an extension of time for service. *See Ritts v. Dealers Alliance Credit Corp.,* 989 F. Supp. 1475, 1479 (N.D. Ga. 1997) (stating good cause standard for service extensions). Unlike a traditional case in which the defendant is known by name and efforts to serve can begin immediately after filing the complaint, in this case Plaintiffs first had to seek the identity of Defendant through the subpoena to the ISP, a process that is not yet complete. This Court has discretion to enlarge the time to serve even where there is no good cause shown. *Henderson v. United States,* 517 U.S. 654, 658 n. 5 (1996).

8. Because the copyright infringements here occurred in 2007, the three-year limitations period for these claims has not expired. *See* 17 U.S.C. § 507(b) (2000). There can thus be no prejudice to the Defendant from any delay in serving the Complaint.

9. Plaintiffs will provide the Defendant with a copy of this request and any Order concerning this request when service of process occurs.

Dated: January 14, 2008                    HOLME ROBERTS & OWEN LLP


By: _____ */s/ Matthew Franklin Jaksa*_
                MATTHEW FRANKLIN JAKSA
                Attorney for Plaintiffs
                LAFACE RECORDS LLC; UMG
                RECORDINGS, INC.; and SONY BMG
                MUSIC ENTERTAINMENT

1

**[PROPOSED] ORDER**

2

    Good cause having been shown:

3

    **IT IS ORDERED** that the case management conference currently set for January 23, 2008,

4

at 1:30 p.m. be continued to ~~April 23, 2008~~. May 21, 2008 at 1:30pm. A Joint CMC statement shall be filed by May 14, 2008.

5

    **IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules

6

4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to

7

April 17, 2008.

8

9

10

Dated: _____     BY: _____

11

    January 16, 2008



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3