Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE #5,<br>　　　　　　　　Defendant. | CASE NO. 3:07-CV-04839-EMC<br><br>**Honorable Edward M. Chen**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs LAFACE RECORDS LLC, et al., by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3  claims against Defendant John Doe #5, also identified as ID #132522462 with IP address
4  129.210.187.67 2007-06-11 01:35:40 EDT, each party to bear its/his own fees and costs.  The Clerk
5  of Court is respectfully requested to close this case.

Dated:  February 6, 2008                                       HOLME ROBERTS & OWEN LLP


                                                               By:  _____*/s/ Matthew Franklin Jaksa*___
                                                                    MATTHEW FRANKLIN JAKSA
                                                                    Attorney for Plaintiffs
                                                                    LAFACE RECORDS LLC; UMG
                                                                    RECORDINGS, INC.; and SONY BMG
                                                                    MUSIC ENTERTAINMENT